# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129935

WILLIAM D. COLLINS and ROBERTA
COLLINS,
       Plaintiffs-Appellants,

v

JULIE K. DAVIS and WALTER GENE DAVIS,
       Defendants-Appellees.

SC: 129935
COA: 256055
Grand Traverse CC:
  03-022746-NI

_____/

      On order of the Court, the application for leave to appeal the October 13, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk

d0320